Southeastern Pennsylvania Transportation Authority, Appellant, and Pennsylvania Department of Transportation, Intervening Appellant, v. Public Utility Commission, Appellee, and The Bell Telephone Company of Pennsylvania, and The Philadelphia Electric Company, Intervening Appellees.

Argued February 11, 1971, before President Judge BOWMAN and Judges CRUMLISH, JR., KRAMER, WILKINSON, JR., MANDERINO, MENCER and ROGERS.

J. Freedley Hunsicker, Jr., with him Lewis H. Van Dusen, Jr., David P. Bruton, and Drinker, Biddle & Reath, for appellant Southeastern Pennsylvania Transportation Authority.

Herbert G. Zahn, Assistant Attorney General, with him Robert W. Cunliffe, Deputy Attorney General, for intervening appellant.

Alan R. Squires, Assistant Counsel, with him Edward Munce, Acting Counsel, for Public Utility Commission, appellee.

E. Everett Mather, with him John B. King and Donald F. Clarke, for Bell Telephone Company of Pennsylvania, intervening appellee.

Donald Blanken, with him Eugene J. Bradley and Vincent P. McDevitt, for Philadelphia Electric Company, intervening appellee.

OPINION BY JUDGE WILKINSON, April 13, 1971:

This case was consolidated for argument with the appeal of the City of Philadelphia in No. 996 Transfer Docket 1970. On argument, all parties agreed that the ultimate result of both appeals would be controlled by the decision in the City of Philadelphia appeal. Accordingly, the motion to quash the appeal of SEPTA has been dismissed for the reasons set forth in the appeal of the City of Philadelphia at No. 996 Transfer Docket 1970, and we enter the following

## ORDER

The appeal of Southeastern Pennsylvania Transportation Authority is sustained and paragraphs 21 and 22 of the Commission's order dated June 1, 1970, are vacated and set aside and the City of Philadelphia

is hereby relieved of any duty to reimburse Philadelphia Electric Company or The Bell Telephone Company of Pennsylvania 75% of the costs herein referred to.

Motion to quash appeal dismissed.